## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COPIA COMMUNICATIONS LLC | |
| *Plaintiff* | |
| v. | Civil Action No.: 1:14-CV-13056-LTS |
| AMRESORTS, LP, ET AL. | |
| *Defendant* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AMRESORTS, LP
7 CAMPUS BOULEVARD
NEWTOWN SQUARE, PA 19073
    ATTN: ANY AUTHORIZED PARTNER OR AGENT:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Maria Simeone
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-07-28 14:37:04.0, Clerk USDC DMA

Civil Action No.: 1:14–CV–13056–LTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Amresorts, LP__

was received by me on (date) __8/12/14__.

☐ I personally served the summons on the individual at (place)_____
_____ on (date) _____; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual) __Laurie Bench / Manager__, who is
designated by law to accept service of process on behalf of (name of organization) __Amresorts LP__
__7 Campus Blvd, Newtown Square__ on (date) __8/13/14 11:10A__; or
__PA 19073__

☐ I returned the summons unexecuted because_____; or

☐ Other (specify):

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

__8/13/14__
Date

Server's Signature

__Eric M. Afflerbach   PA State Constable__
Printed name and title

__711 Pine St Berto PA 19574__
Server's Address

Additional information regarding attempted service, etc:
W | F | 55 | 5'7 | 200 | blnd