UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
COPIA COMMUNICATIONS, LLC,                  )
                                            )
            Plaintiff,                      )
                                            )
    vs.                                     )   Civil Action No. 1:14-cv-13056-LTS
                                            )
AMRESORTS, L.P., a Pennsylvania limited     )
Partnership and successor-in-interest to AM )
Resorts, LLC, and SEAWIND KEY               )
INVESTMENTS LIMITED, a Jamaican             )
Corporation,                                )
                                            )
            Defendants.                     )
_____

## NOTICE OF APPEARANCE

Counsel, Robert A. Buhlman of Sidley Austin LLP, hereby gives notice of his appearance as counsel for and on behalf of Defendant AMResorts, L.P.[1]  The undersigned counsel, duly admitted in the U.S. District Court for the District of Massachusetts, requests that all pleadings, notices, orders, correspondence, and other papers in this proceeding be directed to the undersigned at the address listed below.

Dated: August 29, 2014                Respectfully Submitted,

                                      By:  /s/ *Robert A. Buhlman*
                                           Robert A. Buhlman (BBO# 554393)
                                           SIDLEY AUSTIN LLP
                                           60 State Street, 34th Floor
                                           Boston, Massachusetts 02109
                                           Telephone: (617) 223-0333
                                           Facsimile:  (617) 223-0301
                                           rbuhlman@sidley.com

---

[1] AMResorts is submitting this notice of appearance subject to and preserving all defenses that it may have related to this action, including, but not limited to, that the Court does not have personal jurisdiction over AMResorts.

ACTIVE 203386740v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 29, 2014, I electronically filed the above Notice of Appearance using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                  */s/ Robert A. Buhlman*
                                                  Robert A. Buhlman

ACTIVE 203386740v.1