UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
|                                                                          |   )
| COPIA COMMUNICATIONS, LLC,        |   )
|                                                                          |   )
|                        Plaintiff,                            |   )
|                                                                          |   )
|            vs.                                                    |   )   Civil Action No. 1:14-cv-13056-LTS
|                                                                          |   )
| AMRESORTS, L.P., a Pennsylvania limited  |   )
| Partnership and successor-in-interest to AM |   )
| Resorts, LLC, and SEAWIND KEY        |   )
| INVESTMENTS LIMITED, a Jamaican     |   )
| Corporation,                                              |   )
|                                                                          |   )
|                        Defendants.                        |   )
_____

## NOTICE OF APPEARANCE

Counsel, Corey D. Winer of Sidley Austin LLP, hereby gives notice of his appearance as counsel for and on behalf of Defendant AMResorts, L.P.[1]  The undersigned counsel, duly admitted in the U.S. District Court for the District of Massachusetts, requests that all pleadings, notices, orders, correspondence, and other papers in this proceeding be directed to the undersigned at the address listed below.

Dated: August 29, 2014                                  Respectfully Submitted,

                                                            By:  /s/ *Corey D. Winer*
                                                            Corey D. Winer (BBO# 678410)
                                                            SIDLEY AUSTIN LLP
                                                            60 State Street, 34th Floor
                                                            Boston, Massachusetts 02109
                                                            Telephone: (617) 223-0352
                                                            Facsimile:  (617) 223-0301
                                                            cwiner@sidley.com

---

[1] AMResorts is submitting this notice of appearance subject to and preserving all defenses that it may have related to this action, including, but not limited to, that the Court does not have personal jurisdiction over AMResorts.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, August 29, 2014, I electronically filed the above Notice of Appearance using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                              */s/ Corey D. Winer*
                                              Corey D. Winer