UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
COPIA COMMUNICATIONS, LLC,            )
                                      )
          Plaintiff,                  )
                                      )
     vs.                              )    Civil Action No. 1:14-cv-13056-LTS
                                      )
AMRESORTS, L.P., a Pennsylvania limited )
Partnership and successor-in-interest to AM )
Resorts, LLC, and SEAWIND KEY         )
INVESTMENTS LIMITED, a Jamaican       )
Corporation,                          )
                                      )
          Defendants.                 )
_____

**SPECIALLY APPEARING DEFENDANT
AMRESORTS, L.P.'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD WITH RESPECT
TO PLAINTIFF'S COMPLAINT AND STIPULATION REGARDING SERVICE**

Specially appearing defendant AMResorts, L.P. ("AMResorts"), by its counsel, respectfully moves this Court for an extension of time to answer or otherwise plead with respect to the Complaint filed by plaintiff Copia Communications, LLC ("Copia").[1] In support of its motion, AMResorts states as follows:

1. Copia filed this action in the United States District Court for the District of Massachusetts on July 18, 2014.

2. Service of the complaint on AMResorts was allegedly completed on August 13, 2014 by summons. AMResorts, however, disputes that this service was effective. After discussions among counsel for Copia and AMResorts, the parties have agreed that counsel for AMResorts

---

[1] AMResorts is submitting this motion for an extension of time subject to and preserving all defenses that it may have related to this action, including, but not limited to, that the Court does not have personal jurisdiction over AMResorts.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD WITH RESPECT TO PLAINTIFF'S COMPLAINT**               Page 1

would accept service of the complaint and Copia would consent to an extension of the deadline for AMResorts to answer or otherwise respond to the complaint. Pursuant to that agreement, AMResorts hereby stipulates that it accepts service of the complaint effective on August 29, 2014.

3. Even assuming that service was effective on August 13, 2014, pursuant to Federal Rule of Civil Procedure 12(a), AMResorts' response to Copia's Complaint is currently due on September 3, 2014. This Motion is therefore timely.

4. To prepare an appropriate response, and in accordance with the agreement regarding AMResorts' acceptance of service of the complaint, AMResorts respectfully requests an extension of time for AMResorts to answer or otherwise respond to October 3, 2014.

5. On August 29, 2014, counsel for AMResorts conferred with counsel for Copia, and counsel for Copia agreed to the requested extension of time for AMResorts to answer or otherwise respond to October 3, 2014.

6. This is AMResorts' first request for an extension from this Court. This motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, defendant AMResorts, by its attorneys, respectfully requests that this Court grant an extension of time for AMResorts to answer or otherwise respond to October 3, 2014.

Dated: August 29, 2014.

        Respectfully submitted,

        */s/ Robert A. Buhlman*
        Robert A. Buhlman (BBO #554393)
        Corey D. Winer (BBO #678410)
        SIDLEY AUSTIN LLP
        60 State Street, 34th Floor
        Boston, Massachusetts 02109
        Ph: (617) 223-0330
        Fax: (617) 223-0301
        rbuhlman@sidley.com
        cwiner@sidley.com

        Michelle Hartmann
            (*pro hac vice* application forthcoming)
        Robert S. Velevis
            (*pro hac vice* application forthcoming)
        SIDLEY AUSTIN LLP
        2001 Ross Avenue, Suite 3600
        Dallas, Texas 75201
        Ph: (214) 981-3300
        Fax: (214) 981-3400
        mhartmann@sidley.com
        rvelevis@sidley.com

        *Attorneys for Defendant AMResorts, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 29, 2014, I electronically filed the above Unopposed Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiff's Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Robert A. Buhlman
Robert A. Buhlman

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that attorneys for the defendant, AMResorts, L.P., have conferred with attorneys for the plaintiff, Copia Communications, LLC, and attorneys for the plaintiff have agreed to the requested extension of time for AMResorts to answer or otherwise respond to October 3, 2014.

/s/ Robert S. Velevis
Robert S. Velevis

Dated: August 29, 2014