UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMRESORTS, L.P. a Pennsylvania, limited Partnership and successor-in-interest to AM Resorts, LLC and SEAWIND KEY INVESTMENTS LIMITED, a Jamaican Corporation,<br><br>        Defendants. | CIVIL ACTION NO. 1:14-cv-13056-LTS |

## LIMITED NOTICE OF APPEARANCE

Please enter the appearance of Brett D. Carroll as counsel to defendant Seawind Key Investments Limited ("Seawind") in the captioned matter. Seawind is submitting this Limited Notice of Appearance subject to and preserving any and all defenses that it may have related to the above action, including, but not limited to, that the Court does not have personal jurisdiction over Seawind or that venue is appropriate or convenient.

        Respectfully submitted,

        SEAWIND KEY INVESTMENTS LIMITED,

        By its attorneys,

        */s/ Brett D. Carroll*
        Brett D. Carroll (BBO No. 640569)
        *brett.carroll@hklaw.com*
        Courtney E. Gribbon (BBO # 672548)
        *courtney.gribbon@hklaw.com*
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA 02116
        Tel: (617) 523-2700
        Fax: (617) 523-6850

Dated:  September 8, 2014

2

## CERTIFICATE OF SERVICE

    I, Brett D. Carroll, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th day of September, 2014.

    */s/ Brett D. Carroll*
    Brett D. Carroll