UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
COPIA COMMUNICATIONS, LLC,                )
                                          )
        Plaintiff,                        )
                                          )
   vs.                                    )   Civil Action No. 1:14-cv-13056-LTS
                                          )
AMRESORTS, L.P., a Pennsylvania limited   )
Partnership and successor-in-interest to AM )
Resorts, LLC, and SEAWIND KEY             )
INVESTMENTS LIMITED, a Jamaican           )
Corporation,                              )
                                          )
        Defendants.                       )
_____

### SPECIALLY APPEARING DEFENDANT AMRESORTS, L.P.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD WITH RESPECT TO PLAINTIFF'S COMPLAINT

Specially appearing defendant AMResorts, L.P. ("AMResorts"), by its counsel, respectfully moves this Court for an extension of time to answer or otherwise plead with respect to the Complaint filed by plaintiff Copia Communications, LLC ("Copia").[1] In support of its motion, AMResorts states as follows:

1. Copia filed this action in the United States District Court for the District of Massachusetts on July 18, 2014.

2. On August 29, 2014, AMResorts filed an Unopposed Motion for Extension of Time to Answer and Stipulation regarding service. This Court granted that motion on September 4, 2014, ordering that AMResorts' answer or other responsive pleading would be due on October 3, 2014.

---

[1] AMResorts is submitting this motion for an extension of time subject to and preserving all defenses that it may have related to this action, including, but not limited to, that the Court does not have personal jurisdiction over AMResorts.

3. Because AMResorts' response to Copia's Complaint is currently due on October 3, 2014, this motion is timely.

4. On September 8, 2014, co-defendant Seawind Key Investments Limited ("Seawind") filed an unopposed motion for an extension of time to respond to Copia's Complaint to October 17, 2014.

5. In order to align the briefing schedules for the convenience of the parties and the Court, AMResorts respectfully requests an extension of time for AMResorts to answer or otherwise respond to October 17, 2014, the same date on which Seawind's answer or responsive pleading would be due.

6. On September 8, 2014, counsel for AMResorts conferred with counsel for Copia and counsel for Seawind, and counsel for both Copia and Seawind agreed to the requested extension of time for AMResorts to answer or otherwise respond to October 17, 2014.

7. This is AMResorts' second request for an extension from this Court. This motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, defendant AMResorts, by its attorneys, respectfully requests that this Court grant an extension of time for AMResorts to answer or otherwise respond to October 17, 2014.

Dated: September 9, 2014.

Respectfully submitted,

*/s/ Robert A. Buhlman*
Robert A. Buhlman (BBO #554393)
Corey D. Winer (BBO #678410)
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
Ph: (617) 223-0330
Fax: (617) 223-0301
rbuhlman@sidley.com
cwiner@sidley.com

Michelle Hartmann
    (*pro hac vice* application forthcoming
Robert S. Velevis
    (*pro hac vice* application forthcoming
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Ph: (214) 981-3300
Fax: (214) 981-3400
mhartmann@sidley.com
rvelevis@sidley.com

*Attorneys for Defendant AMResorts, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 9, 2014, I electronically filed the above Unopposed Motion for Extension of Time to Answer or Otherwise Plead With Respect to Plaintiff's Complaint using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

>  */s/ Robert A. Buhlman*
>  Robert A. Buhlman

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that attorneys for the defendant, AMResorts, L.P., have conferred with attorneys for the plaintiff, Copia Communications, LLC, and attorneys for co-defendant Seawind Key Investments Limited, and attorneys for the both parties have agreed to the requested extension of time for AMResorts to answer or otherwise respond to October 17, 2014.

>  */s/ Robert S. Velevis*
>  Robert S. Velevis

Dated: September 9, 2014