## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMRESORTS, L.P., a Pennsylvania limited ) <br> Partnership and successor-in-interest to AM ) <br> Resorts, LLC, and SEAWIND KEY ) <br> INVESTMENTS LIMITED, a Jamaican ) <br> Corporation, ) <br> ) <br> Defendants. ) | Civil Action No. 1:14-cv-13056-LTS |

### AFFIDAVIT OF MARY-ANGELA ROBERTSON

1. My name is Mary-Angela Robertson. I am over 18 years of age, have personal knowledge of the facts contained herein, and if called as a witness, would competently testify as follows.

2. I am an attorney licensed to practice in Jamaica.

3. I am an attorney at law practicing under the registered business name BROCARD Attorneys-At-Law, with offices in Kingston, Jamaica.

4. I have practiced law for 34 years.

5. I am generally familiar with the Jamaican court system and Jamaican laws.

6. Jamaican courts frequently hear contract disputes between business entities and provide for relief, both monetary and non-monetary, depending the matter at issue.

7. Jamaican courts recognize similar contract and tort causes of action as alleged in Copia's Complaint, which I have reviewed.

8. I do not understand Jamaican dockets to be overwhelmed such that relief is not available to a plaintiff filing in Jamaica. There is a specialized commercial court that allows for even speedier resolution of disputes of this nature.

9. Jamaican courts understand the law—Jamaican law—which applies to the dispute between the parties in the above action.

10. Both Seawind Key Investments, Limited and AM Management Jamaica Resorts Limited are subject to the jurisdiction of the courts of Jamaica, as both businesses are organized under the laws of Jamaica.

11. Witnesses who are Jamaican residents are subject to the jurisdiction of the Jamaica courts.

12. Most of the witnesses and documents relevant to a determination of this matter are located in Jamaica. For example, potential witnesses Emilio Huhn, Deryk Meany, Michael McMorris, Philip McKenzie, and Latoya Wilson all reside in Jamaica.

13. There are no political or legal obstacles to Copia in asserting its claims in Jamaica, and there is no bias against Americans in Jamaican courts.

14. The process for conducting depositions in Jamaica in connection with foreign matters is cumbersome, time-consuming and costly.

15. Jamaica is not a signatory to the Hague Convention on Taking Evidence Abroad for Civil or Commercial Affairs.

16. It is my understanding that non-party witnesses, who reside in Jamaica, cannot be compelled to attend trial in the United States.

Signed under the penalties of perjury this 15th day of October 2014.

_____
Mary-Angela Robertson

Subscribed to and sworn this 15th day of October, 2014
__JAMAICA__ ~~County,~~ ss.

By: _____

AFEEF ASSAD LAZARUS
NOTARY PUBLIC
72-76 HARBOUR STREET
KINGSTON
JAMAICA, WEST INDIES

my Commission is for life

3