**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
|  |  |
|---|---|
| COPIA COMMUNICATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:14-cv-13056-LTS |
| | ) |
| AMRESORTS, L.P., a Pennsylvania limited Partnership and successor-in-interest to AM Resorts, LLC, and SEAWIND KEY INVESTMENTS LIMITED, a Jamaican Corporation, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

_____

## UNOPPOSED MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), undersigned counsel move this Court to grant leave to appear pro hac vice to Attorney Michelle Hartmann of the Dallas office of the law firm Sidley Austin LLP on behalf of Defendant AMResorts, L.P. ("AMResorts").  As grounds, the following is stated:

1.  Undersigned counsel, both of whom are members in good standing of the bar of this Court, have filed appearances and will be acting as co-counsel throughout this litigation with Ms. Hartmann.

2.  AMResorts now moves through undersigned counsel to have Michelle Hartmann, of Sidley Austin LLP, admitted to appear pro hac vice.

3.  In support of this Motion, Attorney Michelle Hartmann has submitted the attached Certificate verifying that:

    (a)  she is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice;

  (b)  she has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and

  (c)  she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, undersigned counsel moves this Court to grant leave to appear pro hac vice to Attorney Michelle Hartmann.

Dated:  October 21, 2014.

            Respectfully submitted,

            */s/ Jack W. Pirozzolo*
            Jack W. Pirozzolo (BBO #564879)
            Corey D. Winer (BBO #678410)
            SIDLEY AUSTIN LLP
            60 State Street, 34th Floor
            Boston, Massachusetts 02109
            Ph:  (617) 223-0330
            jpirozzolo@sidley.com
            cwiner@sidley.com

            *Attorneys for Defendant AMResorts, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 21, 2014, I electronically filed the above Unopposed Motion for Leave to Appear Pro Hac Vice using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

></br>*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on this day, October 21, 2014, I conferred with counsel for Plaintiff, Philip Giordano, on the substance of the above motion, and Mr. Giordano indicated that he did not oppose the relief sought herein.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

COPIA COMMUNICATIONS, LLC,           )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )     Civil Action No. 1:14-cv-13056-LTS
                                      )
AMRESORTS, L.P., a Pennsylvania limited )
Partnership and successor-in-interest to AM )
Resorts, LLC, and SEAWIND KEY         )
INVESTMENTS LIMITED, a Jamaican       )
Corporation,                          )
                                      )
        Defendants.                   )
_____

## CERTIFICATE OF MICHELLE HARTMANN

I, Michelle Hartmann, certify as follows:

1. I am a partner in the Dallas office of the law firm Sidley Austin LLP, 2001 Ross Avenue, Dallas, Texas 75201.

2. I represent Defendant AMResorts, L.P.

3. I am a member in good standing of the bar of the State of Texas (admitted in 2001) and New York (admitted in 2010), and I am admitted in the following United States district courts and circuit courts of appeals since the following dates:

   | Court | Year |
   |---|---|
   | U.S. Court of Appeals for the Fifth Circuit | 2011 |
   | U.S. District Court for the Northern District of Texas | 2001 |
   | U.S. District Court for the Southern District of Texas | 2005 |
   | U.S. District Court for the Eastern District of Texas | 2005 |
   | U.S. District Court for the Western District of Texas | 2009 |

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2014.

Michelle Hartmann

ACTIVE 203588395v.1