# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Civil Action No. 1:14-cv-13056-LTS |
| | ) |
| AMRESORTS, L.P., a Pennsylvania limited | ) |
| Partnership and successor-in-interest to AM | ) |
| Resorts, LLC, and SEAWIND KEY | ) |
| INVESTMENTS LIMITED, a Jamaican | ) |
| Corporation, | ) |
| | ) |
| Defendants. | ) |

_____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3,

Defendant AMResorts, L.P. ("AMResorts") hereby makes this corporate disclosure.  AMResorts

states that it has no parent company with publicly traded securities, nor has AMResorts itself

issued any publicly traded securities.  Further, no public company has any ownership of

AMResorts.

Dated:  October 22, 2014                    Respectfully submitted,


                                            */s/ Jack W. Pirozzolo*
                                            Jack W. Pirozzolo (BBO #564879)
                                            Corey D. Winer (BBO #678410)
                                            SIDLEY AUSTIN LLP
                                            60 State Street, 34th Floor
                                            Boston, Massachusetts 02109
                                            Ph:  (617) 223-0330
                                            jpirozzolo@sidley.com
                                            cwiner@sidley.com

                                            Michelle Hartmann
                                                 (admitted *pro hac vice*)
                                            Robert S. Velevis
                                                 (admitted *pro hac vice*)
                                            SIDLEY AUSTIN LLP
                                            2001 Ross Avenue, Suite 3600
                                            Dallas, Texas 75201
                                            Ph:  (214) 981-3300
                                            mhartmann@sidley.com
                                            rvelevis@sidley.com

                                            *Attorneys for Defendant AMResorts, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 22, 2014, I electronically filed the above Corporate Disclosure Statement using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.


*s/ Jack W. Pirozzolo*
Jack W. Pirozzolo