UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:14-cv-13056-LTS |
| AMRESORTS, L.P., a Pennsylvania limited partnership and as successor-in-interest to AM Resorts, LLC, and SEAWIND KEY INVESTMENTS, LIMITED, a Jamaican corporation, | : |
| Defendants. | : |

===============================

**ASSENTED – TO MOTION TO EXTEND TIME
OF PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO
DISMISS FOR PERSONAL JURISDICTION AND FORUM *NON CONVENIENS*__**

Plaintiff, Copia Communications, LLC, with assent of the Defendants' counsel, hereby moves for an extension of time to file its response and Opposition to each of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum *Non Conveniens* from October 30, 2014 to and including November 14, 2014.

        Respectfully Submitted,

        **COPIA COMMUNICATIONS, LLC**

        By its attorney,

        */s/ Philip M. Giordano*
        Philip M. Giordano BBO #193530
        Giordano & Company, P.C.
        REED & GIORDANO, P.A.
        101 Tremont Street, Suite 900
        Boston, Massachusetts 02108
        Telephone: (617) 723-7755
Dated: October 31, 2014        pgiordano@reedgiordano.com

        ASSENTED-TO:

**AMRESORTS, L.P.**

By its attorneys,

      /s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo BBO #564879
Corey D. Winer BBO #678410
SIDLEY AUSTIN, LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
(617) 223- 0330
jpirozzolo@sidley.com

Dated: October 31, 2014    cwiner@sidley.com

**SEAWIND KEY INVESTMENT, LIMITED**

By its attorneys,

      /s/ *Brett D. Carroll*
Brett D. Carroll BBO #640569
Courtney E. Gribbon BBO #672548
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523 – 2700
brett.carroll@hklaw.com

Dated : October 31, 2014    courtney.gribbon@hklaw.com

## CERTIFICATE OF SERVICE

     I, Philip M. Giordano, hereby certify that on this 31th day of October, 2014, I filed the foregoing using the CM/ECF system, which will provide notice to all parties, and by first class mail, postage prepaid, at the record address for counsel of each party.

                                                 */s/ Philip M. Giordano*

Dated: October 31, 2014                            Philip M. Giordano