UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>AMRESORTS, L.P. a Pennsylvania, limited Partnership and successor-in-interest to AM Resorts, LLC and SEAWIND KEY INVESTMENTS LIMITED, a Jamaican Corporation,<br><br>       Defendants. | CIVIL ACTION NO. 1:14-cv-13056-LTS |

**ASSENTED-TO MOTION FOR CONTINUANCE OF HEARING ON
DEFENDANT SEAWIND KEY INVESTMENTS, LIMITED'S MOTION TO DISMISS**

    Defendant Seawind Key Investments, Limited ("Seawind") hereby moves to continue the hearing on Seawind's Motion to Dismiss for Lack of Jurisdiction and/or *Forum Non Conveniens* from December 1, 2014 to either December 10th or 11th, 2014.  As grounds for this motion, Seawind states as follows:

    1.  On October 17, 2014, Seawind filed its Motion to Dismiss for Lack of Jurisdiction and/or *Forum Non Conveniens*.  On the same date, defendant AMResorts, L.P. ("AMResorts") also filed a Motion to Dismiss for Lack of Jurisdiction and/or *Forum Non Conveniens* (collectively, the "Motions to Dismiss").

    2.  On October 31, 2014, Plaintiff filed an Assented-to Motion for Extension of Time to File a Response/Reply to the Motions to Dismiss.  On the same date, the Court granted Plaintiff's request for an extension.

3. On November 3, 2014, this Court reset the hearing on the Motions to Dismiss from November 17, 2014 to December 1, 2014.

4. Seawind's counsel has conflicts throughout the week of December 1, 2014, including on December 1, 2014, as he will be traveling out of the country.

5. Seawind, therefore, respectfully requests that the Court reschedule the hearing on the Motions to Dismiss to either December 10th or 11th, 2014.  Plaintiff's counsel and AMResorts' counsel are both available on December 10th or 11th, 2014.  To the extent these dates are unavailable to the Court, Seawind will work with the parties to find alternate dates in December.

6. Plaintiff's counsel and AMResorts' counsel have assented to this motion.

WHEREFORE, defendant Seawind Key Investments, Limited respectfully requests that the Court continue the hearing on its Motion to Dismiss for Lack of Jurisdiction and/or *Forum Non Conveniens* from December 1, 2014 to either December 10th or 11th, 2014, or to the Court's next available date.

Dated:  November 4, 2014                    Respectfully submitted,

SEAWIND KEY INVESTMENTS LIMITED,

By its attorneys,

*/s/ Brett D. Carroll*
Brett D. Carroll (BBO No. 640569)
*brett.carroll@hklaw.com*
Courtney E. Gribbon (BBO # 672548)
*courtney.gribbon@hklaw.com*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

        ASSENTED-TO:

        COPIA COMMUNICATIONS, LLC

        By its attorney,

        */s/ Philip M. Giordano*
        Philip M. Giordano BBO #193530
        Giordano & Company, P.C.
        REED & GIORDANO, P.A.
        101 Tremont Street, Suite 900
        Boston, Massachusetts 02108
        Telephone: (617) 723-7755
        pgiordano@reedgiordano.com

        AMRESORTS, L.P.

        By its attorneys,

        */s/ Jack W. Pirozzolo*
        Jack W. Pirozzolo BBO #564879
        Corey D. Winer BBO #678410
        SIDLEY AUSTIN, LLP
        60 State Street, 34th Floor
        Boston, Massachusetts 02109
        (617) 223- 0330
        jpirozzolo@sidley.com
        cwiner@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 4, 2014.

        */s/ Brett D. Carroll*
        Brett D. Carroll