UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 1:14-cv-13056-LTS |
| v. | : |
| | : |
| AMRESORTS, L.P., a Pennsylvania limited partnership and as successor-in-interest to AM Resorts, LLC, and SEAWIND KEY INVESTMENTS, LIMITED, a Jamaican corporation, | : |
| | : |
| Defendants. | : |

===============================

**ASSENTED – TO MOTION TO EXTEND TIME OF PLAINTIFF
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
FOR PERSONAL JURISDICTION AND FORUM *NON CONVENIENS***

Plaintiff, Copia Communications, LLC, with assent of the Defendants' counsel, hereby moves for an extension of time to file its response and Opposition to each of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Forum *Non Conveniens* from November 14, 2014, to and including December 1st, 2014.

As grounds for this motion, Plaintiff states that it requires additional time to prepare its response to each of the Defendants' Motion to Dismiss, and that each Defendant has assented to the relief requested.

1

Respectfully Submitted,

**COPIA COMMUNICATIONS, LLC**

By its attorney,

*/s/ Philip M. Giordano*
Philip M. Giordano BBO #193530
Giordano & Company, P.C.
REED & GIORDANO, P.A.
101 Tremont Street, Suite 900
Boston, Massachusetts 02108
Telephone: (617) 723-7755
pgiordano@reedgiordano.com
ASSENTED-TO:

**AMRESORTS, L.P.**

By its attorneys,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo BBO #564879
Corey D. Winer BBO #678410
SIDLEY AUSTIN, LLP
60 State Street, 34th Floor
Boston, Massachusetts 02109
(617) 223- 0300
jpirozzolo@sidley.com
cwiner@sidley.com

**SEAWIND KEY INVESTMENT, LIMITED**

By its attorneys,

*/s/ Brett D. Caroll*
Brett D. Carroll BBO #640569
Courtney E. Gribbon BBO #672548
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523 – 2700
brett.carroll@hklaw.com
courtney.gribbon@hklaw.com

Dated : November 12, 2014

## CERTIFICATE OF SERVICE

I, Philip M. Giordano, hereby certify that on this 12th day of November, 2014, I filed the foregoing using the CM/ECF system, which will provide notice to all parties.

*/s/ Philip M. Giordano*
Philip M. Giordano