UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

:
COPIA COMMUNICATIONS, LLC          :
                                   :
                 Plaintiff,        :
                                   :     Civil Action No. 1:14-cv-13056-LTS
        v.                         :
                                   :
AMRESORTS, L.P., a Pennsylvania    :
    limited partnership and as successor-   :
    in-interest to AM Resorts, LLC, and   :     REQUEST FOR ORAL ARGUMENT
SEAWIND KEY INVESTMENTS,           :
    LIMITED, a Jamaican corporation,   :
                                   :
                 Defendants.       :

===============================

MEMORANDUM OF PLAINTIFF COPIA COMMUNICATIONS, LLC:
A) IN OPPOSITION TO MOTION OF DEFENDANT SEAWIND
KEY INVESTMENTS, LTD. FOR LEAVETO FILE REPLY MEMORANDUM;
B) IN OPPOSITION TO MOTION OF DEFENDANT AMRESORTS,
L.P. FOR LEAVETO FILE REPLY MEMORANDUM; AND
C) IN SUPPORT OF ITS CROSS-MOTION TO STRIKE EXHIBIT A
OF DEFENDANT SEAWIND AND EXHIBIT A OF DEFENDANT AM RESORTS

INTRODUCTION

The Plaintiff, Copia Communications, LLC (hereinafter "Copia" or "Plaintiff"),

respectfully submits this Memorandum in Opposition (hereinafter the "Reply Opposition") to the

Motion of the Defendant, Seawind Key Investments, Limited (hereinafter "Seawind") and to the

Motion of the Defendant, AMResorts, L.P. (hereinafter "AMResorts")(collectively hereinafter

the "Defendants"), for leave of this Court to permit both Defendants to file a Reply

Memorandum (hereinafter the "Reply Motions") in further support of the Defendants' respective

Motions to Dismiss for Lack of Jurisdiction and/or *Forum Non Conveniens* (collectively

hereinafter the "Dismiss Motion").   Additionally, the Plaintiff respectfully submits this

Memorandum in support of its Cross-Motion to Strike **Exhibit A**, as attached to each Defendant's Reply Motion, as improperly submitted as a poorly disguised "Exhibit." The Plaintiff requests a hearing on these Motions and its Cross-Motions.

## ARGUMENT

As grounds hereof, the Plaintiff states that the purpose of the submission of a Reply is to address new and unanticipated arguments as may be raised by a party's Opposition. Both Seawind and AMResorts have utterly failed to demonstrate that any new or unanticipated arguments were raised by the Plaintiff's Opposition. As a result, each request for the filing of a Reply must be rejected.

By its Reply Motion, Defendant AMResorts mischaracterizes the Plaintiff's Opposition – including, *inter alia,* incorrectly contending that the Plaintiff has failed to address certain arguments in its Opposition – but fails to provide the basis for need for a Reply. During oral argument on the Motions, Defendant AMResorts is quite capable of presenting its position as to the issues raised by the Plaintiff. Such arguments do not, however, create the basis for the filing of a Reply Memorandum, which must be denied.

Furthermore, in its Reply Motion, Defendants Seawind has improperly asserted that the Plaintiff has misrepresented facts and circumstances in the filing of its Opposition to the Seawind Dismiss Motion. To the contrary, during this pre-discovery phase of this case, the Plaintiff has clearly detailed – to the extent it has information and belief, has access to public documents or has provided sworn statements of the Manager of Copia, Darryl Wehmeyer – as to the relationship between the two Defendants.

The Exhibits presented in support of the Plaintiff's Opposition to each Defendant's Motion to Dismiss are either public documents – found on such websites as LinkedIn or the Defendant's own website – or are Exhibits attached to the Complaint. Simply stated, the

Defendants are trying to cloak their displeasure that public documents, created by their own employees – such as the LinkedIn web page of Emilio Huhn – refute their arguments as to the relationship between their entities.  Such displeasure does not create a basis for the filing of a Reply Memorandum.

It is patently unfair for both Defendants to use this pre-discovery time period to surreptitiously seek to effectively circumvent page limitations and appropriate legal arguments by submitting a "Reply Memorandum" thinly disguised as "**Exhibit A**".  The issues have been fully briefed in the Motions presented before this Court and the Plaintiff therefore opposes the Motions of the Defendants to file their respective Reply Memoranda, with each such inappropriate "**Exhibit A**" attached thereto.

WHEREFORE, the Plaintiff, Copia Communications, LLC, respectfully requests that this Honorable Court to deny the Motions of Defendant Seawind and AMResorts for leave to file a Reply Memorandum in support of its Motion to Dismiss. The Plaintiff also respectfully requests that this Court grant its Cross-Motion to Strike "**Exhibit A**", as attached to each Defendant's Reply Motion.

> Respectfully Submitted,
> PLAINTIFF, Copia Communications, LLC,
>
> By its attorneys,
>
>
> */s/ Philip M. Giordano*
> Philip M. Giordano BBO #193530
> Giordano & Company, P.C.
> REED & GIORDANO, P.A.
> 101 Tremont Street, Suite 900
> Boston, Massachusetts 02108
> Telephone: (617) 723-7755
> Facsimile: (617) 723-7756

Dated: December 11, 2014                 pgiordano@reedgiordano.com

## CERTIFICATE OF SERVICE

I, Philip M. Giordano, hereby certify that on this 11th day of December 2014, I filed the foregoing using the CM/ECF system, which will provide notice to all parties, and by first class mail, postage prepaid.

/s/ Philip M. Giordano
Philip M. Giordano

Dated: December 11, 2014