UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:14-cv-13056-LTS |
| v. : | |
| : | |
| AMRESORTS, L.P., a Pennsylvania : | |
| limited partnership and as successor- : | |
| in-interest to AM Resorts, LLC, and : | **REQUEST FOR ORAL ARGUMENT** |
| SEAWIND KEY INVESTMENTS, : | |
| LIMITED, a Jamaican corporation, : | |
| : | |
| Defendants. : | |

===============================

**PLAINTIFF COPIA COMMUNICATIONS, LLC'S CROSS-MOTION TO STRIKE EXHIBIT A OF DEFENDANT SEAWIND'S REPLY MOTION, AND EXHIBIT A OF DEFENDANT AMRESORTS' REPLY MOTION**

The Plaintiff, Copia Communications, LLC (hereinafter "Copia" or "Plaintiff"), hereby respectfully moves this Honorable Court to strike **Exhibit A**, as attached to the Reply Motion of Defendant Seawind Key Investments, Ltd (hereinafter "Seawind"), and strike **Exhibit A**, as attached to the Reply Motion of Defendant AMResorts, L.P. The Plaintiff respectfully submits its Memorandum in Support of its Cross-Motion and requests a hearing on its Cross-Motion.

It is patently unfair for both Defendants to use this pre-discovery time period to surreptitiously seek to effectively circumvent page limitations and appropriate legal arguments by submitting a "Reply Memorandum" thinly disguised as "**Exhibit A**". The issues have been fully briefed in the Motions presented before this Court and the Plaintiff therefore opposes the Motions of the Defendants to file their respective Reply Memoranda, with each such inappropriate "**Exhibit A**" attached thereto.

1

WHEREFORE, the Plaintiff, Copia Communications, LLC, respectfully requests that this Court grant its Cross-Motion to Strike "**Exhibit A**", as attached to each Defendant's Reply Motion. The Plaintiff requests a hearing on this Cross-Motion.

    Respectfully Submitted,
    PLAINTIFF, Copia Communications, LLC,

    By its attorneys,

    */s/ Philip M. Giordano*
    Philip M. Giordano BBO #193530
    Giordano & Company, P.C.
    REED & GIORDANO, P.A.
    101 Tremont Street, Suite 900
    Boston, Massachusetts 02108
    Telephone: (617) 723-7755
    Facsimile: (617) 723-7756

Dated: December 11, 2014    pgiordano@reedgiordano.com

## **CERTIFICATE OF SERVICE**

    I, Philip M. Giordano, hereby certify that on this 11th day of December 2014, I filed the foregoing using the CM/ECF system, which will provide notice to all parties, and by first class mail, postage prepaid.

                                            */s/ Philip M. Giordano*
                                            Philip M. Giordano

Dated: December 11, 2014