UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

COPIA COMMUNICATIONS, LLC

          Plaintiff,

    v.

AMRESORTS, L.P., a Pennsylvania
   limited partnership and as successor-
   in-interest to AM Resorts, LLC, and
SEAWIND KEY INVESTMENTS,
   LIMITED, a Jamaican corporation,

          Defendants.

Civil Action No. 1:14-cv-13056-LTS

===============================

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following change of address for Plaintiff's counsel:

> Philip M. Giordano, Esq.
> Siobhan M. Tolan, Esq.
> Giordano & Company, P.C.
> REED & GIORDANO, P.A.
> 47 Winter Street, Suite 800
> Boston, MA 02108
> Telephone: (617) 723 – 7755
> Facsimile: (617) 723 – 7756
> pgiordano@reedgiordano.com
> stolen@reedgiordano.com

1

|  | Respectfully submitted, |
|---|---|
|  | */s/ Philip M. Giordano* |
|  | Philip M. Giordano, Esq. (BBO # 193530) |
|  | Siobhan M. Tolan, Esq. (BBO # 687101) |
|  | Giordano & Company, P.C. |
|  | REED & GIORDANO, P.A. |
|  | 47 Winter Street, Suite 800 |
|  | Boston, Massachusetts 02108-4706 |
|  | Tel: (617) 723-7755 |
|  | Fax: (617) 723 – 7756 |
| Dated: January 8, 2015. | pgiordano@reedgiordano.com |

### CERTIFICATE OF SERVICE

I, Philip M. Giordano, hereby state that on this 8th day of January 2015, I electronically filed the above Notice of Change of Address using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

|  | */s/ Philip M. Giordano* |
|---|---|
| Dated: January 8, 2015 | Philip M. Giordano |