UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COPIA COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMRESORTS, L.P. a Pennsylvania, limited Partnership and successor-in-interest to AM Resorts, LLC and SEAWIND KEY INVESTMENTS LIMITED, a Jamaican Corporation,<br><br>        Defendants. | CIVIL ACTION NO. 1:14-cv-13056-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Courtney E. Gribbon of the law firm of Holland & Knight LLP as counsel for the Defendant Seawind Key Investments, Limited.

The appearance of Brett D. Carroll and Holland & Knight LLP remains unaffected by this Withdrawal.

Dated:  January 14, 2015

Respectfully submitted,

SEAWIND KEY INVESTMENTS LIMITED,

By its attorneys,

*/s/ Courtney E .Gribbon*
Brett D. Carroll (BBO No. 640569)
*brett.carroll@hklaw.com*
Courtney E. Gribbon (BBO No. 672548)
*courtney.gribbon@hklaw.com*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 14, 2015.

                                       *Courtney E . Gribbon*
                                       Courtney E. Gribbon

#34458096_v1