UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Civil Action No.
1:14-cv-13056


Copia Communications LLC
Plaintiffs


V.


AMResorts, LP, et al
Defendants


CLOSING ORDER

SOROKIN, J.

In Accordance with the Order granting the Motion to Dismiss for Lack of Jurisdiction this case is hereby CLOSED.


SO ORDERED.


/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin
United States District Judge