UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

COPIA COMMUNICATIONS, LLC

      Plaintiff/Appellant,

v.

AMRESORTS, L.P., a Pennsylvania
   limited partnership and as successor-
   in-interest to AM Resorts, LLC, and
SEAWIND KEY INVESTMENTS,
   LIMITED, a Jamaican corporation,

      Defendants/Appellees.

Civil Action No. 1:14-cv-13056-LTS

===============================

**NOTICE OF APPEAL OF PLAINTIFF/
APPELLANT COPIA COMMUNICATIONS, LLC**

The Plaintiff/Appellant (hereinafter the "Plaintiff"), Copia Communications, LLC (hereinafter "Copia"), pursuant to the Federal Rules of Civil Procedure and the Rules of Appellate Procedure of the United States Court of Appeals for the First Circuit, hereby respectfully appeals the Order on Defendants' Motions to Dismiss, dated February 5, 2015 (hereinafter "February 5th Order"), by the United States District Court for the District of Massachusetts (the "District Court") dismissing the instant litigation and granting the respective Motions to Dismiss of Defendant/Appellee (hereinafter the "Defendant") AMResorts, L.P. (hereinafter "AMResorts") and of Defendant/Appellee (with AMResorts, collectively the "Defendants") Seawind Key Investments, Limited (hereinafter "Seawind") for a lack of personal jurisdiction and/or for *forum non conveniens*. The Plaintiff argues that the District Court erred in granting the Defendants' respective Motions to Dismiss and upon such grounds as follows:

1

1)     the February 5th Order of the District Court, and the entry of Judgment of Dismissal; and/or

2)     the District Court's February 5th Order, dismissing the instant action and entering Judgment of Dismissal for the Defendants, including but not limited, upon the following issues:

    a)     The District Court's decision that the Plaintiff failed to establish specific jurisdiction on relatedness and purposeful availment grounds, including but not limited to:

        i)     The District Court's decision that Defendant Seawind's service of notice of their termination of the contract did not constitute a Massachusetts contact which was instrumental in the alleged breach;

        ii)     The District Court's decision that the Parties' course of dealing mandated that the Commonwealth of Massachusetts necessarily would be a point of contact for communications;

        iii)     The District Court's decision that the contract did not subject the Defendants to "substantial control and ongoing connection to" the Commonwealth of Massachusetts;

        iv)     The District Court's decision that Defendant AMResorts's marketing efforts made in the Commonwealth of Massachusetts does not impute its subsidiary and/or alter ego, Defendant

        Seawind, and therefore did not satisfy the relatedness requirement for specific jurisdiction;

    v)    The District Court's decision that the Defendants' contacts with the Commonwealth of Massachusetts did not constitute purposeful availment of the privilege of conducting business in Massachusetts, invoking the benefit and protections of its laws;

    vi)    The District Court's decision that the relationship between the Parties put the Defendants on notice they were purposefully availing themselves of the protections of the Commonwealth of Massachusetts; and/or

b)    The District Court's decision that the 'Gestalt' factors weigh against the exercise of jurisdiction.

WHEREFORE, the Plaintiff/Appellant respectfully requests that the United States Court of Appeals for the First Circuit review and reverse the District Court on the issues and matters referenced above, make such findings and rulings of law as may be consistent therewith, and thereafter remand the instant action to the United States District Court for the District of Massachusetts for a trial on the merits, and for such other relief as the Court of Appeals deems just and appropriate.

        Respectfully Submitted,
        PLAINTIFF/APPELLANT, **COPIA COMMUNICATIONS, LLC**

By its attorneys,

*/s/ Philip M. Giordano*
Philip M. Giordano BBO #193530
Giordano & Company, P.C.
REED & GIORDANO, P.A.
47 Winter Street, Suite 800
Boston, Massachusetts 02108-4774
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
pgiordano@reedgiordano.com

Dated: March 5, 2015

**CERTIFICATE OF SERVICE**

    I, Philip M. Giordano, hereby certify that on this 5th day of March 2015, I filed the Plaintiff's Notice of Appeal, using the CM/ECF system, which caused electronic notice to be provided counsel of record of all Parties, who are registered with the same.

                                              */s/ Philip M. Giordano*
                                              Philip M. Giordano

Dated: March 5, 2015.