# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Copia Communications LLC v. AMResorts, LP et al

District Court Number: 14cv13056-LTS

Fee: Paid? Yes X  No ____  Government filer ____  *In Forma Pauperis* Yes ____  No ____

Motions Pending  Yes ____ No X   Sealed documents  Yes ____ No X
If yes, document # _____   If yes, document # _____

*Ex parte* documents  Yes ____ No X   Transcripts  Yes X  No ____
If yes, document # _____   If yes, document # 65

Notice of Appeal filed by: Plaintiff/Petitioner X   Defendant/Respondent ____   Other: ____

Appeal from:

#67 Order on Motion to Dismiss, #68 Closing Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#67, #68, and #69

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 69 filed on March 5, 2015.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 16, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**