# United States Court of Appeals
## For the First Circuit

No. 15-1330

COPIA COMMUNICATIONS, LLC,

Plaintiff, Appellant,

v.

AMRESORTS, L.P.; SEAWIND KEY INVESTMENTS, LIMITED,

Defendants, Appellees.

**JUDGMENT**

Entered: January 13, 2016

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal for lack of jurisdiction is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Buhlman, Mr. Carroll, Mr. Giordano, Ms. Hartmann, Mr. Pirozzolo, Mr. Winer, Mr. Zivyon, Seawind Key Investments Ltd., Copia Communications LLC, AmResorts LP.